Dylyn Reed Richards
Eastham unit #1886141
2665 Prison Road #1
Lovelady, Texas 75851
May 18, 2015


Court of Criminal Appeals
c/o Abel Acosta, Clerk
P.O. Box 12308
Austin, Texas 78711-2308


Re:                    Updated Docket Sheet

Court of Appeals#10-13-00412-CR
Trial Court case# 37254CR


Dear Clerk,

    I'm writing in regards to obtaining a updated docket sheet. Please forward one to the address listed above. I would like to thank you in advance for your help in this matter.




                    Respectfully submitted,

                    Dylyn Reed Richards



Cc:file/DRR




RECEIVED IN
COURT OF CRIMINAL APPEALS
MAY 18 2015
Abel Acosta, Clerk